EMILIE B. GRIGSBY v. IRVING RULAND.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES C. LAPHAM v. THE STANDARD GAS LIGHT COMPANY OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DELAWARE PACKING COMPANY v. ALFONSO FERRENTINO.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOPHIE RASMUSSEN v. LILLY COHN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY SPIERER v. SAMUEL STECKLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PATRICK H. J. DALY v. DANIEL GOMPERTZ and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERMAN ALBERTS v. MARIE VAHJEN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHILDS COMPANY v. CHARLES BURKE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAXHERMAN CO., INC., v. ISAAC ALPER and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PENN ARCADE REALTY CORPORATION v. BERNARD SHOTKIN.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

H. I. PEIMER & CO., INC., v. JAKE WYLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREDERICK F. FOLEY v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HAGERTY MOTOR TRUCKING COMPANY v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM F. HENCKEN v. MADSEN & WISTOFT CONSTRUCTION COMPANY. KISSENA PARK CORPORATION v. LOUIS WISTOFT. WILLIAM F. HENCKEN v. LOUIS WISTOFT.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL PROSKY v. JOSEPH LEIBNER and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JULIUS GERSTENHABER v. ISRAEL S. FINKEL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.